FILED
CLERK U.S DISTRICT COURT
DEC 20 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EL VEASTA LAMPLEY,<br><br>　　　　Plaintiff,<br>　　v.<br><br>Morgan Stanley, et al., Wells Fargo Bank National Association, et al., Concord Minuteman Capital Company, et al, New Centaury Financial Corporation, et al, Deutsche Bank National Trust, et al, HomEq, et al.<br><br>　　　　Defendant. | Case No.: 8:10-cv-00331-AG<br>[Formerly ap-01035]<br>Hon. Andrew J. Guilford<br><br>[~~PROPOSED~~] JUDGMENT FOR DEFENDANTS AND AGAINST PLAINTIFF |

　　　On November 1, 2010, Defendants Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage Pass Through

1

Certificates, Series 2006 NC3, improperly named herein as Morgan Stanley, et al and Deutsche Bank National Trust, et al., and Barclays Capital real Estate Inc. d/b/a HomEq Servicing, improperly named herein as HomEq, filed a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

After considering the moving papers and the opposition thereto, the Court is satisfied that the deficiencies of the Complaint cannot be cured by amendment and ORDERS as follows:

IT IS ORDERED AND ADJUDGED that that Plaintiff, El Veasta Lampley, take nothing by way of her complaint, that the action be dismissed on the merits, without leave to amend and that JUDGMENT is hereby entered in favor of Deutsche Bank National Trust Company as Trustee under Pooling and Servicing Agreement dated as of April 1, 2006 Morgan Stanley ABS Capital I Inc. Trust 2006-NC3 Mortgage Pass Through Certificates, Series 2006 NC3, improperly named herein as Morgan Stanley, et al and Deutsche Bank National Trust, et al, and Barclays Capital real Estate Inc. d/b/a HomEq Servicing, improperly named herein as HomEq, et al., and against Plaintiff.

**IT IS SO ORDERED**

DECEMBER 20, 2010

_____
Hon. Andrew J. Guilford
United States District Court Judge